# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SIEMER, et al.,<br><br>Defendants. | Case No. 2:16-cr-00265-GMN-CWH<br><br>**ORDER** |

Presently before the court is defendant John Siemer's motion to set a deadline for the government to propose trial groups (ECF No. 693), filed on July 27, 2018. Joinders were filed by defendants Henderson, Morales, Dunlap, Davisson, Juarez, Carr, Halgat, and Ramirez. (ECF Nos. 698, 710, 761, 769, 805, 813, 875, 997, 1079). Omnibus motions for joinder were filed by defendants Juarez and Voll. (ECF Nos. 780, 1079.) The government responded (ECF No. 774) on August 7, 2018, and defendant Siemer replied (ECF No. 784) on August 7, 2018.

Defendant Siemer moves the court to set a deadline for the government to propose trial groups for the twenty-two defendants charged. (ECF No. 693.) The government responds that the court should deny defendant's motion for failing to include points and authorities, and claims that proposed trial groups will be submitted by October 15, 2018. (ECF No. 784.) Defendant Siemer replies that proposed groups should be disclosed earlier than October 15, 2018. (ECF No. 784.) Defendant Carr moves to join Siemer's motion, adding that the court has inherent authority to manage this case. (ECF No. 813.)

The court is "charged with effectuating the speedy and orderly administration of justice" and may use its inherent authority to control its docket to manage its cases and courtrooms effectively. *United States v. W.R. Grace*, 526 F.3d 499, 508-509 (9th Cir. 2008). Here, the court used its inherent authority to amend the complex case schedule, setting August 13, 2018 as the

deadline for the parties to file pretrial motions. (ECF No. 689.) The grouping of defendants, if any, is an important issue that should be resolved as early as possible. Thus, the court will grant defendant Siemer's motion and the accompanying joinders. The government must file its proposal for trial groupings by September 3, 2018. Responses and replies to the government's motion are subject to the amended complex case schedule at ECF No. 689. Therefore, responses to the motion are due by September 17, 2018, and replies are due by October 1, 2018.

IT IS THEREFORE ORDERED that defendant John Siemer's motion to set a deadline for the government to propose trial groups (ECF No. 693) is GRANTED.

IT IS FURTHER ORDRED that the government must file its proposed trial groups by September 3, 2018.

IT IS FURTHER ORDERED that defendants Henderson, Morales, Dunlap, Davisson, Carr, Halgat, and Ramirez's motions for joinder (ECF Nos. 698, 710, 761, 769, 813, 875, 997) are GRANTED.

IT IS FURTHER ORDERED that defendants Juarez and Voll's motions for omnibus joinder (ECF Nos. 780, 1079) are GRANTED IN PART only as to Siemer's motion to set a deadline for the government to propose trial groups (ECF No. 693). The court will leave the motions (ECF Nos. 780, 1079) pending on the docket for tracking purposes.

IT IS FURTHER ORDERED that defendant Juarez's motion for joinder (ECF No. 805) is DENIED as moot.

DATED: August 21, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE